FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| TIMOTHY L.,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | NO:  4:22-CV-5087-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 9.  Plaintiff Timothy L.[1] is represented by attorney Chad Hatfield.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Heidi Triesch.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 9**, is **GRANTED**.  Pursuant to the parties' stipulation,

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

the Commissioner's final decision regarding Plaintiff's application for disability insurance benefits is **reversed and remanded** under sentence four of 42 U.S.C. §405(g). *See* ECF No. 9 at 1–2. On remand, the Administrative Law Judge will reevaluate Plaintiff's subjective symptom complaints; reevaluate the opinion evidence, including the opinions of PA-C Hart; reevaluate Plaintiff's residual functional capacity; and obtain supplemental vocational evidence at step five of the sequential evaluation process. *See id.*

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 8**, is **DENIED AS MOOT**.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** December 5, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2